964

No. 496. Quinn, Administratrix, et al. v. Simonds Abrasive Co., Successor to Abrasive Company of Philadelphia. C. A. 3d Cir. Certiorari denied. *Ernest Ray White* for petitioners. *Philip Price* for respondent.

No. 680. Harvey Aluminum, Inc. et al. v. American Cyanamid Co. et al. C. A. 2d Cir. Certiorari denied. *Hyman I. Fischbach* for petitioners. *George S. Leisure* for the American Cyanamid Co. et al., and *Walter C. Lundgren* for the Reynolds Metals Co., respondents.

No. 690. United States v. Rolland. C. A. 5th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States.

No. 708. Fanchon & Marco, Inc. v. Paramount Pictures, Inc. et al. C. A. 9th Cir. Certiorari denied. *Russell Hardy, James Wallace Kemp* and *Henry Schaefer, Jr.* for petitioner. *Homer I. Mitchell* for Paramount Pictures, Inc. et al., and *Gurney E. Newlin* and *Hudson B. Cox* for Twentieth Century-Fox Film Corporation et al., respondents.

No. 716. Amalgamated Association of Street, Electric Railway, and Motor Coach Employees of America, Division No. 1127, et al. v. Southern Bus Lines, Inc. C. A. 5th Cir. Certiorari denied. *L. Barrett Jones* for petitioners. *Carl B. Callaway* for respondent.

No. 717. Amalgamated Association of Street, Electric Railway, and Motor Coach Employees of America, Division No. 1127, et al. v. Southern Bus

LINES, INC. C. A. 5th Cir. Certiorari denied. *L. Barrett Jones* for petitioners. *Carl B. Callaway* for respondent.

No. 719. SOBELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Howard N. Meyer* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 748. PATTERSON *v.* ANDERSON, ADMINISTRATRIX. Supreme Court of Appeals of Virginia. Certiorari denied. *Belford V. Lawson, Jr.* for petitioner. *Roy G. Allman* for respondent.

No. 761. COMPANIA SUD-AMERICANA DE VAPORES, SUED HEREIN AS "CHILEAN LINE," ALSO KNOWN AS SUD-AMERICANA DE VAPORES OF VALPARAISO, *v.* MOLLICA. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Jacob Rassner* for respondent.

No. 684. MARACHOWSKY *v.* UNITED STATES; and
No. 685. MARACHOWSKY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William D. Donnelly* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 687. ROSENBERG ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motions for leave to file briefs of National Lawyers Guild and Joseph Brainin et al., as *amici curiae,* denied. Certiorari denied. The order of the United States Court of Appeals of February 17, 1953, granting a stay of execution is vacated. MR. JUSTICE BLACK and